UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

2008 FEB 11 AM 8:45

| | |
|---|---|
| DENNIS THOMAS MURPHY III, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-166 |
| MEDICAL DEPARTMENT *Chatham County Jail*, | ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 7th day of February, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA